# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| K VINTNERS, a Washington Corporation, and TIGER MOUNTAIN TRANSPORT, LTD.,<br>*Plaintiff*<br>v.<br>UNITED STATES OF AMERICA,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  12-CV-5128-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment, ECF No. 48, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 42, is GRANTED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on cross motions for Summary Judgment (ECF NOS. 42 and 48).

Date:  January 21, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen